## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VALDY OLENDER,
    Plaintiff,

vs.                                       CASE NO. 8:07-CIV-930-T-17-EAJ

UNITED STATES OF AMERICA,
    Defendant.
_____/

### ORDER

    This cause is before the Court on the plaintiff's motion for summary judgment (Docket No. 18) and motion for attorney fees (Docket No. 19) and response thereto (Docket No. 20). The defendant has failed to file a timely response to the motion. The Court has reviewed the response and finds it well taken. Accordingly, it is

    **ORDERED** that motion for summary judgment (Docket No. 18) and motion for attorney fees (Docket No. 19) be **denied** as premature. The Court would strongly urge the parties to consider agreeing to an early mediation in this case. If the parties agree to mediation, the parties should notify the Court of the agreed upon mediator, if they can agree on a mediator, and a target date for the mediation. If the parties can't select a mediator, the Court will select a mediator for them upon notice that they wish the Court to select a mediator.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 30th day of October, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record